JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM KIM, | Case No. 2:24-cv-10591-CAS-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| LA COUNTY SHERIFF'S DEPARTMENT, et al. | |
| Defendants. | |

   In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 28, 2025

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE